**Electronically Filed
Supreme Court
SCPW-15-0000341
04-SEP-2015
11:47 AM**

SCPW-15-0000341

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MICHAEL YELLEN, Petitioner,

vs.

THE HONORABLE GLENN HARA, JUDGE OF THE CIRCUIT COURT OF THE
THIRD CIRCUIT, STATE OF HAWAI'I, Respondent Judge.

_____

ORIGINAL PROCEEDING
(CG NO. 14-1-0001)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On August 31, 2015, the appellate clerk's office received by mail a copy of Petitioner Mike Yellen's motion for reconsideration of the August 13, 2015 order denying his petition for a writ of mandamus ("Motion"). The Motion was filed the same day, on August 31, 2015. The Motion, however, was due on August 24, 2015. See HRAP Rule 40(a); HRAP Rule 26(a). The Motion is therefore untimely. Accordingly,

IT IS HEREBY ORDERED that the Motion is dismissed.

DATED: Honolulu, Hawai'i, September 4, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

